No. 73–5602. WILSON ET AL. *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 73–5605. COOPER *v.* LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 73–5606. LATHAN *v.* PERINI, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 73–5614. TARLTON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 73–5616. SCOTT *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 73–5617. POLAND *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 73–5619. LAWTON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 73–5623. CROTHERS *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 73–5632. LYONS *v.* INDIANA. C. A. 7th Cir. Certiorari denied.

No. 73–5646. BARBARITO *v.* VINCENT, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 73–5662. GARDNER ET AL. *v.* JOYCE, SHERIFF, ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–5671. PACE *v.* GALLAGHER ET AL. C. A. 1st Cir. Certiorari denied.

No. 73–295. DOE ET AL. *v.* BRENNAN, SECRETARY OF LABOR, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.